PRESS FIRMLY TO SEAL

 

PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

**PRIORITY MAIL EXPRESS®**

FLAT RATE
ENVELOPE

RATE ■ ANY WEIGHT

chedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**UNITED STATES POSTAL SERVICE**  Retail

US POSTAGE PAID
**$35.90**
Origin: 33257
05/11/26
1158940128-08

E

NTERNATIONAL USE
LABEL HERE

**PRIORITY MAIL EXPRESS®**

GILBERT ROMAN
950 WOODLARK DR
HAINES CITY FL 33844-7746
(917) 690-2586

0 Lb 6.30 Oz

**RDC 07**

SCHEDULED DELIVERY DAY: 05/12/26 06:00 PM

C016

SHIP
TO:

CLERKS OFFICE
401 W CENTRAL BLVD
ORLANDO FL 32801-0401

ncluded for domestic
estinations.

de $100 of insurance

equest.

ct APO/FPO/DPO and

or complete details.

inations only.

ns. For details regarding claims exclusions see the
ps.com.

ECLARATION LABEL MAY BE REQUIRED.

USPS TRACKING® #



9570 1154 2113 6131 1254 15





This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.

  **UNITED STATES**



# UNITED STATES POSTAL SERVICE®

# PRIORITY
# MAIL
# EXPRESS®



# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

# GUARANTEED* ▪TRACKED ▪ INSU