AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **6:26-cv-01066-JSS-RMN**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Sciens Building Solutions, LLC**
was received by me on  **5/15/2026:**

☐   I personally served the **summons in a civil action; complaint and demand for jury trial** on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Larry Kravets**, who is designated by law to accept service of process on behalf of **Sciens Building Solutions, LLC** at **5925 Stoneridge Dr, Pleasanton, CA 94588** on **05/19/2026** at **4:15 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 76.00** for services, for a total of **$ 76.00.**

I declare under penalty of perjury that this information is true.

Date:  05/19/2026

_____
*Server's signature*

**Stephen Coca**
*Printed name and title*

**316 W 2nd St.**
**3rd Floor**
**Los Angeles, CA 90012**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, summons in a civil action; complaint and demand for jury trial,  to Larry Kravets who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**





Tracking #: 0224090366



# UNITED STATES POSTAL SERVICE®

# PRIORITY® MAIL

## PRIORITY® MAIL

PRESS FIRMLY TO SEAL

United States Postal Service®

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

VISIT US AT USPS.COM®
Label 106A, Nov 2018

United States Postal Service®

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP





Remove From Pouch
how2recycle.info
PAPER POUCH    PLASTIC WINDOW

## PRIORITY® MAIL

PRESS FIRMLY TO SEAL

VISIT US AT USPS.COM®
Label 106A, Nov 2018

United States Postal Service®

TRACKED ■ INSURED

EP14H February 2024
OD: 10 x 5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



PS00001000064

EP14H © U.S. Postal Service; February 2024; All rights reserved.

This product is for use with Priority Mail®. Misuse may be a violation of federal law. This label is not for resale.

This packaging is the property of the U.S. Postal Service and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale.

# PRIORITY® MAIL

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

Retail





32801

U.S. POSTAGE PAID
PM
MIAMI, FL 33256
MAY 21, 2026

**$12.90**

RDC 03    0 Lb 0.70 Oz    S2324D500416-3

Ceil Roman
950 Woodlark Dr.
Haines City, FL 33844



EXPECTED DELIVERY DAY: 05/26/26

USPS TRACKING® #

9505 5142 0437 6141 7469 30

For international ship.

Clerk of Court
United States District Court
Middle District of Florida
401 West Central Boulevard
Orlando, FL 32801
(407) 835-4200

EP14H February 2024 Outer Dimension: 10 x 5