UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GILBERT ROMAN,

    Plaintiff,

v.                             Case No: 6:26-cv-01066-JSS-RMN

SCIENS BUILDING SOLUTIONS, LLC

    Defendant.

_____/

## ORDER TO SHOW CAUSE

Upon review, Defendant has failed to comply with the court's Order of May 19, 2026 (Dkt. 3) directing counsel to file a Disclosure Statement within fourteen (14) days from an appearance in the case.

Therefore, it is **ORDERED** that Defendant shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in entry of default without further notice or other appropriate sanctions.

**ORDERED** in Orlando, Florida, on July 6, 2026.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party