UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GILBERT ROMAN, Pro Se,

     Plaintiff,                               Case No. 6:26-CV-01066-JSS-RMN

v.

SCIENS BUILDING SOLUTIONS, LLC

     Defendant.

_____/

## NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL FOR DEFENDANT

PLEASE TAKE NOTICE that Hannah M. Compton, Esq. of the law firm of Akerman LLP, hereby appears as additional counsel for Defendant, SCIENS BUILDING SOLUTIONS, LLC (the "Defendant"). The undersigned requests that all future correspondence, pleadings, and/or other papers to be filed with this Court be forwarded to her and that the undersigned name be added to all certificate of service lists.

Dated: July 8, 2026.                Respectfully submitted,

                                 */s/ Hannah M. Compton*
                               **Phillip J. Harris, Esq., Lead Counsel**
                               Florida Bar Number: 44107
                               Email:  phillip.harris@akerman.com
                               **HANNAH M. COMPTON**
                               Florida Bar Number:  1028910
                               hannah.compton@akerman.com
                               nicole.emmett@akerman.com
                               **AKERMAN LLP**

87448680;1

401 E. Jackson Street
Suite 1700
Tampa, FL  33602-5250
Phone: (813) 223-7333
Fax: (813) 223-2837
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that July 8, 2026, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification

to the following:

Gilbert Roman
950 Woodlark Drive
Haines City, FL 33844
groman2009@yahoo.com
*Pro Se Plaintiff*

/s/ *Hannah M. Compton*
**HANNAH M. COMPTON**
Florida Bar Number:  1028910

2

87448680;1