UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GILBERT ROMAN, Pro Se,

     Plaintiff,                          Case No. 6:26-CV-01066-JSS-RMN

v.

SCIENS BUILDING SOLUTIONS, LLC

     Defendant.

_____/

**RESPONSE TO ORDER DIRECTING COMPLIANCE**

In response to the Court's Order to Show Cause (ECF No. 13), Defendant states that it mistakenly failed to timely serve its initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1) and the Court's Scheduling Order. Defendant respectfully submits the following explanation and requests that the Court excuse the untimely filing.

1.     Undersigned counsel's assistant inadvertently failed to serve its initial disclosures after undersigned counsel entered an appearance in this matter.

2.     The error did not come to counsel's attention until the Court entered the instant Order to Show Cause.

3.     Less than month has passed since the deadline for Defendant to serve its initial disclosures, the Plaintiff has not been prejudiced by this delay.

87684187;1

4.      The delay in serving Defendant's initial disclosures was not done for the purpose of delay, nor has Defendant gained any advantage from this delay.

5.      Accordingly, Defendant submits that excusable neglect exists to excuse it from its counsel's failure to timely serve initial disclosures. *See Blake v. Enhanced Recovery Co., LLC,* 2011 WL 3635594 (M.D. Fla. Aug. 17, 2011) (finding excusable neglect where Plaintiff's delay did not prejudice the Defendant; the three and a half month delay did not significantly impact the proceedings; and Plaintiff had acted in good faith).

WHEREFORE, because the failure to conduct the conference and file the report was due to inadvertent clerical error, and the failure has been corrected, Defendant respectfully requests that this Court find excusable neglect and that no sanctions be imposed.

Dated: July 20, 2026.              Respectfully submitted,

*/s/ Phillip J. Harris*
**Phillip J. Harris, Esq., Lead Counsel**
Florida Bar Number: 44107
Email:  phillip.harris@akerman.com
**Hannah M. Compton, Esq.**
Florida Bar Number:  1028910
hannah.compton@akerman.com
nicole.emmett@akerman.com
**AKERMAN LLP**
401 E. Jackson Street
Suite 1700
Tampa, FL  33602-5250

2

87684187;1

Phone: (813) 223-7333
Fax: (813) 223-2837
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that July 20, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Gilbert Roman
950 Woodlark Drive
Haines City, FL 33844
*Pro Se Plaintiff*

*/s/ Phillip J. Harris*

**Phillip J. Harris, Esq., Lead Counsel**
Florida Bar Number: 44107

3

87684187;1